## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bruce L. Wishnefsky,                      :
                Petitioner        :
                            :
          v.                      :          No. 476 C.D. 2020
                            :
Pennsylvania Department of                :
Corrections,                              :
                Respondent        :

**PER CURIAM**                          **O R D E R**

NOW, March 25, 2021, having considered Petitioner's application for reargument, the application is denied.